**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-1849**

———————————

JOHNNY R. EVERETT, SR.,

                              Plaintiff - Appellant,

        versus

DEPARTMENT OF VETERANS AFFAIRS,

                              Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (CA-98-754-3)

———————————

Submitted:  September 30, 1999        Decided:  October 6, 1999

———————————

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Johnny R. Everett, Sr., Appellant Pro Se.  Debra Jean Prillaman, Assistant United States Attorney, Joan Elizabeth Evans, Assistant United States Attorney, Richmond, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Johnny R. Everett, Sr., appeals the district court's order dismissing his civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Everett v. Department of Veterans Affairs, No. CA-98-754-3 (E.D. Va. May 7, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2